1  Tanya Levinson Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Dean Moore

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10  RONALD DEAN MOORE,                    ) No.   1:10-CV-00193-AWI-SMS
                                          )
11              Plaintiff,                )
                                          )
12        vs.                             ) **STIPULATION FOR DISMISSAL;**
                                          ) **ORDER**
13  CLOVIS II, LLC and RED                )
    MOUNTAIN RETAIL GROUP, INC.           ) Assigned to U.S. District Judge
14  dba SIERRA PAVILIONS SHOPPING         ) ANTHONY W. ISHII
    CENTER, ET AL.,                       )
15                                        ) Complaint Filed: February 4, 2010
                                          ) Plaintiff's First Amended Complaint:
16              Defendants.               ) February 10, 2010
                                          )
17  _____     )

18

19        Plaintiff Ronald Moore, through his attorney, Tanya Levinson Moore,

20  Moore Law Firm, P.C., San Jose, California, and all defendants, through their

21  respective attorneys, hereby stipulate that the above-captioned action shall be

22  dismissed with prejudice.

23

24  Date: August 12, 2010                 /s/Tanya Levinson Moore
                                          Tanya E. Levinson Moore
25                                        Attorney for Plaintiff

26

27

28
    *Moore v. Clovis II, et al.*

    Stipulation for Dismissal

                                   Page 1

1    Date: August 12, 2010                    TRAINOR FAIRBROOK

2

3                                             /s/ Daniel M. Steinberg

4                                             Daniel M. Steinberg, Esq.
                                              Attorney for Clovis II, Red Mountain
5                                             Retail Group, Inc. dba Sierra
                                              Pavilions Shopping Center
6

7

8

9                                **ORDER**

10   THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT

11   the above-captioned action be dismissed with prejudice.

12

13

14

15   IT IS SO ORDERED.

16   Dated:   August 12, 2010          _____

17                                     CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28
     *Moore v. Clovis II, et al.*

     Stipulation for Dismissal